**REICH REICH & REICH, P.C.**
**Attorneys for Creditor**
**New Wave Loans Residential, LLC**
**235 Main Street, Suite 450**
**White Plains, New York 10601**
**(914) 949-2126**
**By: Jeffrey A. Reich**
jreich@reichpc.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
**In re:**

                                                        **Chapter 11**
       **215 SULLIVAN, LLC,**                   **Case No. 18-11255(MG)**

                                    **Debtor.**
----------------------------------------------------------------X

**NOTICE OF APPEARANCE AND REQUEST FOR**
**NOTICE PURSUANT TO BANKRUPTCY RULE 9010**

     **PLEASE TAKE NOTICE** that the undersigned appear for New Wave Loans Residential, LLC, Creditor.

     **REQUEST IS HEREBY MADE,** pursuant to Bankruptcy Rule, that all notices to which New Wave Loans Residential, LLC is entitled (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) shall be directed to the undersigned.

     **REQUEST IS HEREBY FURTHER MADE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and

1

whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtor or the property of such Debtor's estate.

Dated: White Plains, New York
       May 4, 2018

                                      /s/Jeffrey A. Reich
                                      Jeffrey A. Reich, Esq.
                                      REICH REICH & REICH, P.C.
                                      Attorneys for Creditor
                                      New Wave Loans Residential, LLC
                                      235 Main Street, Suite 450
                                      White Plains, NY 10601
                                      (914) 949-2126
                                      jreich@reichpc.com

To:    United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, NY 10004

        Lawrence Morrison, Esq.
        87 Walker Street, Floor 2
        New York, NY 10013